UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 06-20137-GRAHAM

UNITED STATES OF AMERICA

        Plaintiff,

vs.

KARLS MONZON, ONELIO DIAZ,
JEFFREY BOATWRIGHT and
CINNAMON MONZON,

        Defendants.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Defendant's Brink's Incorporated's Petition for Return of Forfeited Property Pursuant to 21 U.S.C. § 853(n), (D.E. 185).

**THE MATTER** was referred to Magistrate Judge John J. O'Sullivan United States Magistrate Judge on November 19, 2008. A Report and Recommendation filed on January 22, 2009 recommended that Brink's Petition for Return of Forfeited Property be **Granted** as set forth in the Order Declaring Right, Title and Interest of Brink's Incorporated, in Certain Items of Forfeited Property, and Directing Release of Said Property to Brink's Incorporated, (D.E. 200). The parties were afforded the opportunity to file objections to the Report and Recommendation. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Edwin G. Torres, is hereby Adopted and Approved in its entirety.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 5th day of February, 2009.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

Copied: Magistrate Judge Torres
        Alison W. Lehr, AUSA
        Christine H. Sherouse, Esq.